# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERYL ANNETTE ADAMS<br><br>      Appellant(s),<br><br>v.<br><br>JOHN J. MENCHACA<br><br><br><br>      Appellee(s). | CASE NO:<br>2:15−cv−02753−MMM<br><br><br>ORDER OF DISMISSAL FOR<br>LACK OF PROSECUTION<br>WITHOUT PREJUDICE<br><br>(Pursuant to Local Rule 41) |

On 05/22/2015, the Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution.

A written response to the Order to Show Cause was ordered to be filed no later than 06/01/2015.

No response having been filed to the Court's Order to Show Cause,

IT IS ORDERED AND ADJUDGED that the above−entitled case is dismissed, without prejudice, for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Local Rule 41.

**IT IS SO ORDERED.**

Dated: July 7, 2015

_Margaret M. Morrow_
Margaret M. Morrow
United States District Judge